## IN THE UNITED STATED DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| JENNIFER WALKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.:2:17-cv-02762-JTF-cgc |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| GUEST HOUSE AT GRACELAND LLC; ) | |
| PYRAMID HOTEL GROUP LLC; ) | |
| ELVIS PRESLEY ENTERPRISES, INC.; ) | |
| PYRAMID TENNESSEE MANAGEMENT ) | |
| LLC; and MEMPHIS POOL ) | |
| ) | |
| Defendants. ) | |
| --------------------------------------------------------------- | |
| GUEST HOUSE AT GRACELAND, LLC ) | |
| And PYRAMID TENNESSEE ) | |
| MANAGEMENT LLC, ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| SANTA BARBARA CONTROL SYSTEMS ) | |
| ) | |
| Third-Party Defendants. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Reed Smith LLP, Michael H. Sampson, and Audrey Gariepy-Bogui give their notice that they no longer represent and have withdrawn as counsel for Defendants/Third-Party Plaintiffs Guest House at Graceland, LLC, Elvis Presley Enterprises, Inc. and Pyramid Tennessee Management LLC. Gary S. Thompson, Kristin Davis and William R. Bradley, Jr. will continue to serve as counsel for such defendants in this action.

Dated: May 4, 2018                              Respectfully submitted,

  /s/ William R. Bradley, Jr.
William R. Bradley, Jr. (BPR #10911)
GLANKLER BROWN, PLLC
6000 Poplar Ave., Suite 400
Memphis, TN  38119
Phone: (901) 525-1322
Fax:    (901) 525-2389
bbradley@glankler.com

*Counsel for Guest House at Graceland, LLC; Elvis Presley Enterprises, Inc.; and Pyramid Tennessee Management LLC*

  /s/ Michael H. Sampson
Michael H. Sampson
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-3618
Facsimile: (412) 288-3063
msampson@reedsmith.com

  /s/ Audrey Gariepy-Bogui
Audrey Gariepy-Bogui
REED SMITH LLP
1301 K Street, N.W., Suite 1000 – East Tower
Washington, D.C. 20005-3373
Telephone: (202) 414-9200
Facsimile: (202) 414-9299
agariepy@reedsmith.com

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via the Court's electronic filing system on this 4th day of May, 2018:

Stuart Baker Yates
BAILEY & GREER PLLC
6256 Poplar Avenue
Memphis, TN 38119
Telephone: (901) 680-9777
byates@baileygreer.com
*Counsel for Plaintiff*

Jeffrey E. Nicoson
Garrett H. O'Brien
Brinkley Plaza, Suite 800
80 Monroe Avenue
Memphis, TN 38103
Telephone: (901) 527-0214
jeff.nicoson@leitnerfirm.com
garrettobrien@leitnerfirm.com
*Counsel for Santa Barbara Control Systems*

John D. Willet
Brian Yoakum
EVANS PETREE, PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120
Telephone: (901) 525-6781
jwillet@evanspetree.com
byoakum@evanspetree.com

Julies Zacher
JULES ZACHER P.C.
1601 Walnut St., Suite 707
Philadelphia, PA  19102
Telephone: (215) 988-0160
zacherlaw@gmail.com
*Counsel for Plaintiff*

Gary S. Thompson
Kristin C. Davis
Weisbrod Matteis & Copley PLLC
1200 New Hampshire Avenue, NW
Suite 600
Washington, DC 20036
Telephone: (202) 499-7900
gthompson@wmclaw.com
kdavis@wmclaw.com
*Counsel for Pyramid Hotel Group LLC*
*And Pyramid Tennessee Management LLC*

/s/ William R. Bradley, Jr.

4821-0995-2869, v. 1